UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: ED15-00305M |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING |
| v. | ) | FURTHER REVOCATION |
|  | ) | PROCEEDINGS |
|  | ) | (FED.R. CRIM. P.32.1(a)(6); 18 |
| ADRIANNA MICHELLE LOPEZ, | ) | U.S.C. § 3143(a) (1)) |
| Defendant. | ) |  |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Southern_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

A. (X)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

  (x) information in the Pretrial Services Report and Recommendation

  (x) information in the violation petition and report(s)

  (x) the defendant's nonobjection to detention at this time

  ( ) other: _____

    and/or

B. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

   (x) information in the Pretrial Services Report and Recommendation

   (x) information in the violation petition and report(s)

   (x) the defendant's nonobjection to detention at this time

   ( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED:  August 26, 2015

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE